**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE MITCHELL D. DEMBIN TO MAGISTRATE JUDGE JILL L. BURKHARDT | TRANSFER ORDER |

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of the Honorable Mitchell D. Dembin, to the calendar of the Honorable Jill L. Burkhardt, for all further proceedings. All conference or hearing dates set before Magistrate Judge Dembin, if any, are VACATED and will be rescheduled before Magistrate Judge Burkhardt. Any dates set before any district judge remain unchanged.

1.  *Kassab v. San Diego Police Department, et al.*, 07cv1071-GPC
2.  *Soto v. Daikon Logistics (Delaware), Inc., et al.*, 08cv33-L
3.  *Asanuma v. United States Census Bureau, et al.*, 12cv908-AJB
4.  *Seifullah v. California Dept. of Corrections, et al.*, 12cv1451-MMA
5.  *J&J Sports Productions, Inc. v. Gaeta*, 12cv2243-LAB
6.  *Cooper et al. v. Tokyo Electric Power Company, Inc.*, 12cv3032-JLS
7.  *Durbin v. Hartford Live Insurance Co., et al.*, 13cv52-BEN
8.  *Bitker, et al. v. Suntrust Mortgage, Inc., et al.*, 13cv656-CAB

9. *Tolentino-Dascasin v. United States of America*, 13cv1753-LAB

10. *Popov v. Nuvasive, Inc., et al.*, 13cv2005-JM

11. *Commodore v. Suntrust Bank, et al.*, 13cv2848-L

12. *Oakley, Inc. v. Jay-Y Enterprise Co., Inc.*, 13cv866-CAB

13. *Stamps v. Cate*, 11cv2048-LAB

14. *Miller v. Edwards*, 11cv519-DMS

15, *Stewart v. San Diego County, et al.*, 13cv3157-LAB

IT IS SO ORDERED.

DATED: March 28, 2014

Hon. Mitchell D. Dembin
U.S. Magistrate Judge